UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY JAMES SCOTT,<br><br>    Petitioner,<br><br>    v.<br><br>KEN CLARK, Warden, et al.,<br><br>    Respondents. | Case No. CV 08-05595 SVW (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R"), *de novo*. Petitioner did not object to the R&R in the time and manner directed by the Court.

IT IS ORDERED that:

1. The R&R is approved and adopted.

2. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

3. All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: February 1, 2010

                                                STEPHEN V. WILSON
                                     UNITED STATES DISTRICT JUDGE