Enter/JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY JAMES SCOTT, ) | Case No. CV 08-05595 SVW (AN) |
|     Petitioner, ) | |
| v. ) | JUDGMENT |
| KEN CLARK, Warden, et al., ) | |
|     Respondents. ) | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Court's related Order approving and adopting the Report and Recommendation.

Dated: February 1, 2010

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE